AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

<table>
<tr><td>

BROADCAST MUSIC, INC.
<br>_Plaintiff(s)_
<br>v.
<br><br>RICHARD JOHNSON
<br>_Defendant(s)_

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. JFM 16-cv-0910

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> RICHARD JOHNSON
> 6803 Michaels Mill Road
> Buckeystown, MD 21717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Max S. Stadfeld
> Offit Kurman, P.A.
> 8171 Maple Lawn Boulevard, Suite 200
> Fulton, MD 20759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/29/2016





*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

|  |  |  |
|---|---|---|
| BROADCAST MUSIC, INC. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | · Civil Action No. JFM 16-cv-0910 |
| v. | ) ) ) | |
| THREE FOOLS, LLC | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THREE FOOLS, LLC
Serve on: George P. Kimmel, III, Resident Agent
4985 Winchester Boulevard
Frederick, MD  21703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max S. Stadfeld
Offit Kurman, P.A.
8171 Maple Lawn Boulevard, Suite 200
Fulton, MD  20759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/29/2016 _____



_____
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |  |
|---|---|---|
| BROADCAST MUSIC, INC. | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  JFM 16-cv-0910 |
| | ) ) | |
| GEORGE P. KIMMEL, III | ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

GEORGE P. KIMMEL, III
4985 Winchester Boulevard
Frederick, MD  21703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max S. Stadfeld
Offit Kurman, P.A.
8171 Maple Lawn Boulevard, Suite 200
Fulton, MD  20759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ___03/29/2016___




_Deputy Clerk_